B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor — If Individual: Last, First, Middle)<br>Madoff, Bernard L. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>Unknown | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>133 East 64th Street, Apt. 12A, NY, NY 10065 -and-<br>Metropolitan Correctional Ctr., 150 Park Row, NY, NY 10007 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>New York                                    ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☑ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>   check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>   11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☑ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Bernard L. Madoff Inv. Sec. LLC | Case Number<br>08-1789 | Date<br>12/11/2008 |
|---|---|---|
| Relationship<br>Business Owned By Madoff | District<br>Bankr. S.D.N.Y. | Judge<br>Burton R. Lifland |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>           or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Madoff, Bernard L.___

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x s/ Gerald Blumenthal, Partner<br>Signature of Petitioner or Representative (State title)<br>Name of Petitioner: Blumenthal & Associates Florida General Partnership    04/01/2009   Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity: 3193 NW 61st Street, Boca Raton, FL 33496 | x s/ Jonathan M. Landers        04/13/2009<br>Signature of Attorney                    Date<br>Milberg LLP<br>Name of Attorney Firm (If any)<br>One Penn. Plaza, New York, NY 10119<br>Address<br>(212) 594-5300<br>Telephone No. |
| x s/ Jay Pasternack, Trustee<br>Signature of Petitioner or Representative (State title)<br>Name of Petitioner: Martin Rappaport Charitable Remainder Unitrust    04/01/2009   Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity: c/o Jay Pasternack, P.A., 1066 Clifton Avenue, Clifton, NJ 07013 | x s/ Jonathan M. Landers        04/13/2009<br>Signature of Attorney                    Date<br>Milberg LLP<br>Name of Attorney Firm (If any)<br>One Penn. Plaza, New York, NY 10119<br>Address<br>(212) 594-5300<br>Telephone No. |
| x s/ Martin Rappaport<br>Signature of Petitioner or Representative (State title)<br>Name of Petitioner: Martin Rappaport    04/01/2009   Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity: 174 Delawanna Avenue, Clifton, NJ 07014 | x s/ Jonathan M. Landers        04/13/2009<br>Signature of Attorney                    Date<br>Milberg LLP<br>Name of Attorney Firm (If any)<br>One Penn. Plaza, New York, NY 10119<br>Address<br>(212) 594-5300<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Blumenthal & Associates Florida General Partnership (address above) | See attached Exhibit A | 30,209,413.00 |
| Martin Rappaport Charitable Remainder Unitrust (address above) | See attached Exhibit A | 8,279,471.00 |
| Martin Rappaport (address above) | See attached Exhibit A | 20,838,043.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

__1__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor  Madoff, Bernard L.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x  s/ Marc Cherno | x  s/ Jonathan M. Landers    04/13/2009 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Marc Cherno    04/01/2009 | Milberg LLP |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any)  One Penn. Plaza, New York, NY 10119 |
| Name & Mailing Address of Individual Signing in Representative Capacity | 10 West 66th Street Apt. 32C New York, NY 10023 | Address  (212) 594-5300  Telephone No. |

| x  s/ Steven Morganstern | x  s/ Jonathan M. Landers    04/13/2009 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Steven Morganstern, M.D.    04/01/2009 | Milberg LLP |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any)  One Penn. Plaza, New York, NY 10119 |
| Name & Mailing Address of Individual Signing in Representative Capacity | 3820 Howell Mill Road Atlanta, GA 30327 | Address  (212) 594-5300  Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address  Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Marc Cherno (address above) | See attached Exhibit A | 1,166,563.00 |
| Steven Morganstern, M.D. (address above) | See attached Exhibit A | 3,488,420.00 |
|  |  | 63,981,910.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____continuation sheets attached