UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

In re

Case No. 09-11893

BERNARD L. MADOFF,

Chapter 7

Debtor.

--------------------------------------------------------X

## ORDER TO SHOW CAUSE

On the annexed Affirmation of Matthew Gluck dated April 16, 2009 and the exhibits attached thereto; and upon all prior pleadings submitted herein, it is hereby:

ORDERED that the Debtor show cause, if there be any, to this Court at 10:00 a.m. on April 20, 2009, in Courtroom 623, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 1004-1408, why this Court should not enter an Order pursuant to 11 U.S.C. Section 303(g) and Fed. R. Bankr. P.2001(a) directing the United States Trustee to appoint an interim trustee in this action to "take possession of the property of the estate;" and it is further

ORDERED that a copy of this Order to Show Cause and the papers upon which this Order to Show Cause is granted shall be served on or before April 16, 2009 on the United States Trustee, and the Debtor at the Metropolitan Correctional Center via First Class United States Mail and overnight mail and upon the Debtor's counsel, Ira Lee Sorkin, Dickstein Shapiro LLP, 1177 Avenue of the Americas, New York, New York 10036-2714, via overnight mail and email; and it is further

2

ORDERED that opposing affidavits and memoranda of law, if any, shall be filed with the

Court and served on Petitioners' counsel, by electronic filing and email, on or before April 20,

2009 on or before 9:00 a.m.


                                                    s/  Burton R. Lifland
                                                    United States Bankruptcy Judge


Issued at:        1:30 p.m.
                  April 16, 2009
                  New York, New York