MILBERG LLP
Jonathan M. Landers
Brad N. Friedman
Matthew Gluck
Sanford P. Dumain
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

and

SEEGER WEISS LLP
Stephen A. Weiss
Christopher A. Seeger
One William Street
New York, New York
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

*Counsel for Movants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re

BERNARD L. MADOFF,

        Debtor.

Case No. 09-11893

Chapter 7

----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Jennifer L. Young, certify that on the 16th day of April 2009, I caused a true and correct copy of the AFFIRMATION OF MATTHEW GLUCK IN SUPPORT OF ORDER TO SHOW CAUSE REQUESTING APPOINTMENT OF INTERIM TRUSTEE [Dkt. No. 7] and the ORDER TO SHOW CAUSE [Dkt. No. 8] to be electronically filed and served on:

United States Trustee (via United States Mail and Federal Express overnight)
33 Whitehall Street
21st Floor
New York, NY 10004

Bernard L. Madoff (Inmate # 61727-054) (via United States Mail and Federal Express overnight)
Metropolitan Correctional Center - New York
150 Park Row
New York, NY 10007

Ira Lee Sorkin, Esq. (via email, United States Mail, and Federal Express overnight)
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036


Dated: April 16, 2009

_____
[signature: Jenfer L. Yu]